IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

STACEY M. BROOKS,
    Petitioner,
  v.                      **Judgment in a Civil Case**
TIMOTHY MCCOY,
    Respondent.           Case Number: 5:11-HC-2222-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on August 22, 2012, with service on:
Stacey M. Brooks, 0047764, Caledonia Correctional Institution, P.O. Box 137, Tillery, NC 27887 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

August 22, 2012                                  /s/ Julie A. Richards
                                                                Clerk

Raleigh, North Carolina